AO 440 (Rev. 10/2002) Summons in a Civil Case (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/13/2010 |
| NAME OF SERVER (PRINT) Michael Holman | TITLE Revenue Officer |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kevin Reynolds Over 18 years of Age  Cell: 754-244-____ housesitter

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 13, 2010
            Date

Signature of Server: Michael Holman

Address of Server: 7850 S.W. 6 Court, Plantation, FL 33324

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.