1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,           )
                                     )   Case No. 10-MC-61840
                                     )   HUCK/O'SULLIVAN
           Petitioner,               )
                                     )
v.                                   )
                                     )
WILLIAM J. KILLORIN,                 )
                                     )
           Respondent.               )
_____)

## ORDER APPROVING LEVY

This matter, having come before the undersigned upon the Petition for Judicial Approval of Levy Upon Principal Residence of the United States and the accompanying declaration of Internal Revenue Officer Michael Holman, the Court having issued a Notice and Order to Show Cause, which was properly served, William J. Killorin having failed to file an Objection to Petition within 25 days of service of the Notice and Order to Show Cause, or any other objection to the petition, and the Court having considered the petition and supporting documents,

**IT IS HEREBY ORDERED THAT**, pursuant to Internal Revenue Code Section 6334, the Court GRANTS the Petition for Judicial Approval of Levy Upon Principal Evidence. The Internal Revenue Service may levy upon William J. Killorin's interest in the property located at 3308 SW 15th Street, Fort Lauderdale, Florida 33312 and more fully described as: LOT 3, BLOCK 30, RIVERLAND VILLAGE, SECTION ONE, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 27, PAGE 44 OF THE PUBLIC RECORDS OF

BROWARD COUNTY, FLORIDA, to satisfy part or all of his unpaid income tax liabilities for the tax years 2003, 2004 and 2005, which may be executed by any authorized officer of the Internal Revenue Service.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this ORDER to:

William J. Killorin
 3308 SW 15th Street,
Fort Lauderdale, Florida 33312

Wilfredo Ferrer
United States Attorney
Southern District of Florida
99 NE 4th Street
Miami, Florida 33132

Pascale Guerrier
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, DC 20044

**SO ORDERED** in Fort Lauderdale, Florida, this __12th__ day of __November__, 2010.

**PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**