UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61840-CIV-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

    Petitioner,

v.

WILLIAM J. KILLORIN,

    Defendant.
_____/

**ORDER ON MOTION TO APPEAR ON PAPER**

    THIS MATTER is before the Court on Respondent's Notice and Motion to Appear on Paper [D.E. #6], filed on November 12, 2010. Respondent has notified the Court that he is in Thailand and is unable to appear physically before this Court regarding this matter, and, therefore, has requested that the Court conduct this matter on paper. The Court has reviewed the record and is duly advised of the premises. Accordingly, it is hereby

    ORDERED that the Motion is GRANTED IN PART. The Court will allow sufficient time for any notices or orders to be forwarded to and responded to from Thailand. However, **on or by Friday, November 26, 2010,** Respondent shall provide contact information in Thailand, including a phone number and email address, where the Court and Petitioner may reliably contact him regarding issues related to this case.

    DONE in Chambers, Miami, Florida, on November 15, 2010.

_____
Paul C. Huck
Senior United States District Judge

Copies furnished to:
Counsel of Record

William J. Killorin
3308 SW 15th Street
Fort Lauderdale, FL 33312