UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61840-CIV-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

    Petitioner,

v.

WILLIAM J. KILLORIN,

    Respondent.
_____/

### ORDER REGARDING RESPONDENT'S OBJECTION TO PETITION

THIS MATTER is before the Court on Respondent's Objection to Petition [D.E. #5], filed on November 12, 2010. On Friday, November 12, 2010, prior to receiving Respondent's Objection, the Court filed an Order Approving Levy [D.E. #7]. Because Respondent's Objection was not timely filed, the Court will construe it as a Motion for Rehearing and to Vacate the Order Approving Levy. The Court has reviewed the record and is duly advised of the premises. Accordingly, it is hereby

ORDERED that the Petitioner respond to Respondent's Motion on or by **Tuesday, November 23, 2010**. The Court will hold a telephonic hearing on the Motion on **Monday, December 6, 2010**. **Respondent must contact Petitioner to schedule a time between 8:00 a.m. and 5:00 p.m. EST on that day during which both parties are able to appear telephonically for the hearing**. The parties are instructed to notify the Court as soon as they agree upon a time, but in no event later than **Monday, November 29, 2010**. Failure by Respondent to contact Petitioner to schedule a hearing time will result in denial of his Motion.

DONE in Chambers, Miami, Florida, on November 15, 2010.

                                                                              _____
                                                                              Paul C. Huck
                                                                              Senior United States District Judge

Copies furnished to:
Counsel of Record

William J. Killorin
3308 SW 15th Street
Fort Lauderdale, FL 33312